*Certification of Funds in the Registry*

PRINCIPAL: $ *70,000.00*

Financial Deputy: *MBR*    Date: *6/9/26*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA NIXON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-379** |
| **VERA CHESTER, ET AL.** | **SECTION: "P" (4)** |

## ORDER

Before the Court is Plaintiff Latoya Nixon's Motion for Disbursement of Registry Funds (R. Doc. 109). In accordance with this Court's May 28, 2026 Order[1] and subsequent Judgment,[2] of the $70,000.00 that was initially deposited into the registry of the Court, Ms. Nixon is entitled to $50,000.00, plus all interest earned on that portion of the deposited funds, less the assessment fee for the administration of funds. Accordingly,

**IT IS ORDERED** that Plaintiff Latoya Nixon's Motion for Disbursement of Registry Funds (R. Doc. 109 is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $50,000.00 plus all interest earned on that portion of the funds, less the assessment fee for the administration of funds, payable to Latoya Nixon, and the Clerk shall mail or deliver the check to Latoya Nixon at 205 Maple St., Hammond, LA 70401.

New Orleans, Louisiana, this 9th day of June 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 107
[2] R. Doc. 108